In the Matter of the Application of IDA MORRIS and MOSES MORRIS, Respondents, to Remove to the Supreme Court of the State of New York, in and for the County of Queens, Two Actions Now Pending in the City Court of the City of New York, County of Queens, and Entitled Respectively: IDA MORRIS, Plaintiff,

v. SAMUEL PERELMAN, Defendant, and MOSES MORRIS, Plaintiff, v. SAMUEL PERELMAN, Defendant.— SAMUEL PERELMAN, Appellant.— Order consolidating actions, changing the venue and granting leave to serve an amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.